BENITO ROJAS

Mailing Address:

11012 Ventura Boulevard  Unit 261

Studio City, CA 91604

Email: Rojasb.dimmak@gmail.com

Ph. 323 947-7960

FILED
CLERK, U.S. DISTRICT COURT

DEC - 6 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Benito Rojas,                                )   Case No. CV16-9045-AB (SSx)
                                             )
                          Plaintiff,         )   **COMPLAINT FOR:**
                                             )
            VS.                              )   unlawful DEBT COLLECTION
                                             )   PRACTICES
CAPITAL ONE BANK (USA) N.A.,                 )
                                             )
CAPITAL ONE                                  )   unlawful ROSENTHAL FAIR DEBT
                                             )   COLLECTION PRACTICES
THE MOORE LAW GROUP,                         )
                                             )   FAIR CREDIT REPORTING ACT
HARVEY M. MOORE ESQ # 101128                 )
                                             )
MATTHEW GARVEY  SBN # 306960                 )
                                             )
KAREL RABA SBN # 293570                      )
                                             )
AMARA HAYDEN  SBN # 304452                   )
                                             )   **Jury  Trial  Demanded:** Yes
KELSEY KRUGER                                )
                                             )
                    **DEFENDANT(S).**        )

1

# I. COMPLAINT
## INTRODUCTION

1. This is an action for damages brought by an individual consumer against Defendants for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. (FDCPA) and the California Rosenthal Act, Civil Code § 1788.2 et. seq. (Rosenthal Act) both of which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

2. This is an action for damages brought by an individual consumer against Defendants for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (FCRA) which prohibits furnishers from reporting false and inaccurate information.

## II.   JURISDICTION AND VENUE

1. This Court has jurisdiction under:  15 U.S.C. sec. 1692 k (d), 15 U.S.C. sec. 1681(p)(b), and 28 U.S.C. sec. 1331,1337. Supplemental jurisdiction exist for the state law claims pursuant to 28 U.S.C. § 1367. Venue is proper pursuant to 28 U.S.C. § 1391(b) where that the defendant transact business here and the conduct complained of occurred here.

## III.  PARTIES

2.  Plaintiff's name is: Benito Rojas Plaintiff resided at California.
Plaintiff is a consumer within the meaning of 15 U.S.C. sec. 1692 a (3), 15
U.S.C.§ 1681 a (c).

3.  Defendant: CAPITAL ONE BANK (USA) N.A. is a professional
corporation within the meaning 15 U.S.C. § 1681 a(b) doing the business of
collecting debts in CALIFORNIA, operating from an address: P.O. BOX 30281
Salt Lake City, UTAH 84130.

4.  Defendant: CAPITAL ONE (DOES) is a "debt collector" within
the meaning of 15 U.S.C. 1692 a(6); a furnisher of information within the
meaning 15 U.S.C. § 1681 a(b) doing the business of collecting debts in
California, operating from an address: P.O. Box 30285 SALT LAKE CITY,
UTAH 84130.

5.  Defendant: THE MOORE LAW GROUP, is a professional
corporation doing the business of collecting debts in California, operating from
an address at 3710 S. Susan Street, suite 210 Santa Ana, Ca 92704.
P.O. BOX 25145 SANTA ANA, CA 92799.

3

6. Defendant: HARVEY M. MOORE, SBN # 101128 (DOES) is a owner/ Agent Employee through THE MOORE LAW GROUP doing the business of collecting debts in California, operating from an address at 3710 S. Susan Street, suite 210 Santa Ana, Ca 92704.

P.O. BOX 25145 SANTA ANA, CA 92799.

7. Defendant: KAREL RABA SBN # 293570 (DOES) is a owner/ agent / Employee through THE MOORE LAW GROUP doing the business of collecting debts in California, operating from an address at 3710 S. Susan Street, suite 210 Santa Ana, Ca 92704.

P.O. BOX 25145 SANTA ANA, CA 92799.

8. Defendant: MATTHEW GARVEY, SBN # 306960 (DOES) is a owner/ agent / Employee through THE MOORE LAW GROUP doing the business of collecting debts in California, operating from an address at 3710 S. Susan Street, suite 210 Santa Ana, Ca 92704.

P.O. BOX 25145 SANTA ANA, CA 92799.

9. Defendant: AMARA HAYDEN, SBN # 304452 (DOES) is a owner/ agent / Employee through THE MOORE LAW GROUP doing the business of collecting debts in California, operating from an address at 3710 S. Susan Street, suite 210 Santa Ana, Ca 92704.

P.O. BOX 25145 SANTA ANA, CA 92799.

10. Defendant: KELSEY KRUEGER, (DOES) is a owner/
agent / Employee through THE MOORE LAW GROUP doing the business of
collecting debts in California, operating from an address at 3710 S. Susan
Street, suite 210 Santa Ana, Ca 92704.

P.O. BOX 25145 SANTA ANA, CA 92799.

11. Defendants are engaged in the collection of debts from consumer using
the mail and telephone. Defendants regularly engaged as furnishers of
consumer Transunion, Experian, Equifax credit file. Defendant regularly
attempt to collect consumer debt alleged to be due to another.

12. Defendants are all entities or individuals who contributed to or
participated in, or authorized the acts or conspired with the name defendant to
commit the acts and do the things complained of which caused the injuries and
damages to plaintiff as set forth below. Each of the parties, named and
fictitious, acted as principal and agent, each of the other, and combined and
concurred each with the other in committing the acts that injured the Plaintiff.

13. The true names and capacities, whether individual, corporate ( including
officers and directors thereof), associates or otherwise of Defendant sued herein

as DOES 1-5, inclusive, are unknown to plaintiff, who therefore sues these Defendant(s) by such fictitious names. Plaintiff is informed and believes, and all alleges that each Defendant designated as DOE is involved in or is in some manner responsible as a principal, beneficiary, agent, co-conspirator, joint venturer, alter ego, third party beneficiary, or otherwise, for the agreements, transactions, events and/or acts hereinafter described, and thereby proximately caused injuries and damages to plaintiff. Plaintiff requests that when the true names and capacities of these DOE Defendants are ascertained, they may be inserted in all subsequent proceedings, and that this action may proceed against them under their true names.

14.  The purported debt that defendants attempted to collect from Plaintiff was a "debt" as defined by the FDCPA, 15 U.S.C. § 1692a(5).

15.  Plaintiff is a "debtor" as defined by the Rosenthal Act, California Civil Code 1788.2(h)

16. The purported debt that defendants attempted to collect from Plaintiff was a "consumer debt" as defined by the Rosenthal Act, California Civil Code §1788.2(f).

17.  Experian, Transunion, Equifax is a credit reporting agency within the meaning of FCRA 15 U.S.C. § 1681a(f).

18.  Consumer credit report is a consumer report within the meaning of the FCRA 15 U.S.C. § 1681 a (d).

19.  FCRA 15 U.S.C. § 1681 b  defines the permissible purposes for which a person may obtain a consumer credit report. Such permissible purposes as defined by 15 U.S.C. 1681b are generally if the consumer makes applications for credit, makes application for employment, for under writing of insurance involving the consumer, or is offered a bonafied offer of credit as a result of the injury.

20.  Plaintiff has never had any business dealing or any accounts with made applications for credit from, made application for employment with, applied for insurance from or received a bonafied offer of credit from the defendant.

## IV.   STATEMENT OF FACTS

21.  Plaintiff has one inactive credit card account charged off with Capital One, a nationally recognized credit card provider.

22.  The one inactive credit card account in question as furnished by Capital One is as follows: #  517805924026****.

23. Beginning around February, 2007, an imposter, using Plaintiff name and

7

his previous address on 3141 Garden Ave  Los Angeles, California,

submitted a credit application to Capital One.

24.  Capital One granted the imposter's application and sent the

imposter a credit card # 517805924026**** in Plaintiff's name.

25.  In October, 2015. Capital One discovered the

fraud, closed and charged off the account # 517805924026****.

26.  On or about mid September, 2016. Defendant Capital One Bank (USA)

N.A., filed a operative complaint containing allegations for breach of written

contract, common counts book accounts etc., all containing a prayer for

damages in the amount of  $7,260.54.    ( see exhibit TA)

27.  The Defendant Capital One Bank (USA) N.A. through THE MOORE

LAW GROUP sent cause of action specified in a filed complaint against

Plaintiff. The complaint is insufficient as a matter of law. The [DOES] complaint

does not set forth the True facts upon which Plaintiff seeks a summary judgment.

The complaint was signed by AMARA HAYDEN Esq. SBN #304452.

28.  The Capital One Bank (USA) N.A. v. Benito Rojas case no. 16A15474

(the action) **see exhibit**; is a threatening attempt to collect on the account at

issue under any name other than Capital One.    ( see exhibit TA-TA 3)

29.  The Capital One Bank (USA) N.A. through THE MOORE LAW GROUP has demanded payments of amounts not authorized by any contract or order of the court, or w/out proper validation.

30.  On September 11, 2016, Plaintiff secured his Transunion, Equifax, Experian credit report from www.annualcreditreport.com.

31. The Transunion, Experian, Equifax, general policy and procedure for investigating disputed information is to contact by mail or telephone the source of the information. Each source is advised for consumer dispute and is requested to verify the accuracy and/or completeness of the information reported.

32.  Plaintiff disputed with the three credit bureau reporting agency(s) (See exhibit AD -AD5) inaccurate information being reported. Plaintiff requested in writing to the Defendant Capital One Bank USA N.A. certified mail and requested of defendant counsel [DOES] to show proof of debt (debt validation request) upon 30 day notice to reply in accordance with FDCPA 15 U.S.C. §1692 g. 15 U.S.C. 1681i, also informing defendant(s) of their violations of the FCRA. (see exhibit DV 1-6) I am not in receipt of any original document which verifies that I have a contract with Capital One. I am not in receipt of any original document which verifies that I have a contract with Capital One Bank (USA) N.A. or [DOES].

33. The Defendant(s) The Moore Law Group, by way of attorney Matthew Garvey, Esq. attached a partial credit card statement. (**see exhibit CS1 – CS13**). This is not validation nor evidence but merely a partial listing of items purchased. In accordance to The Federal Truth and Lending Act a partial credit card statement is insufficient as a matter of law.

34. The FCRA Fair Credit Reporting Act specifically states that "litigation" Is not permissible use of a consumer credit report as it does not involve a business to consumer transaction.

35. Defendant(s) The Moore Law Group, by way of attorney Amara Hayden, Harvey M. Moore Esq. threatening and continued pursue in attempt to collect on the any alleged debt without proper validation constitute non-compliance and total disregard of federal law (see exhibit CA01) and case no. 16A15474 (the action). The Defendant(s) The Moore Law Group, Capital One Bank (USA) N.A., (Transunion) 517805924026**** and Capital One (Experian) 517805924026**** has purged and run up a continuing value on the plaintiff credit profile with no permissible purpose.

36. As a result of the acts alleged above, Plaintiff work has been severly affected. Plaintiff was recently promoted and had to take time off to apply to court, suffered multiple stressful events and stress related symptoms: headaches, worry, trouble sleeping, weight loss and economic discomfort.

37. Around November 14, 2016 upon new research from the www.sec.gov. website. Plaintiff acquired the Capital One February, 2007 prospectus report to come in the know of what and who are the responsible parties for damages, as to explain Capital One Bank (USA) N.A. attempt to collect on the account(s) at issue under the any name other than Capital One. With respect to whether the Capital One Bank (USA) N.A. defendants investigative efforts being unreasonable, improperly running a credit report.

38. Plaintiff has attached Exhibit - S.E.C. Prospectus dated February 26, 2007 to February 28, 2007 issued by Capital One Multi-asset Execution Trust ("COMET") issuing entity FORM 424B2  SEC Accession No. 000119312507041997/d424b2 . (**See exhibit**).

https://www.sec.gov/Archives/edgar/data/922869/000119312507041997/d424b2.htm

39. Capital One, Capital One Funding, LLC and Capital One Bank is a subsidiary of another corporation, which does not issue Plaintiff account and does not seek collection on the account. Capital One Bank (USA) N.A. and Capital One and [DOES] violates the Rosenthal and FDCPA Act as well as, and not limited to the FCRA.

40.  Plaintiff does not believe that he owe the alleged debt to Capital One

Bank (USA) N.A., moreover Plaintiff had no way of determining whether the

amount Capital One Bank (USA) N.A. [DOES] demanded was a fair and

accurate calculation of the Capital One Bank (USA) N.A. –Transunion- (1)

account # 517805924026****  $7,127 or Capital One –Experian- (1)

account # 517805924026****  $7,260.

41.  The defendant(s) has not proved or established that I am

the person who applied for or used this credit card. Defendant(s) at no time has

communicated with plaintiff what justification they may have had to obtain

Plaintiff (consumer) profile.

42. In response letters Capital One Defendant(s) sent "informational purposes

only request" letters which fails to label "This is in an attempt to collect a debt".

The Moore Law Group, Amara Hayden, Esq. threatening NOTICE  OF

INTENTION TO SUE AND INCUR COURT COST  (see exhibit CA01) has

been demanded for the purposes of collecting a non-existence debt of the

 plaintiff.

43.  Defendant(s) Capital One Bank (USA) N.A., Capital One, The Moore

Law Group, Harvey M.Moore, Esq. SBN# 101128, Karel Raba SBN # 293570,

Matthew Garvey SBN # 306960, Amara Hayden SBN # 304452, Kelsey Kruger

and DOES. Defendant(s) has asserted a right into action against Plaintiff which they lack to wit. Defendants(s) has taken action that cannot legally be taken in violation of section 1692e(5), which also constitute a "false representation" in violation of section 1692e(10).

44.  Plaintiff discovery of violations brought forth herein occurred in September 2016 and are within the statute of limitations as defined in the FCRA, 15 U.S.C. § 1681p FDCPA 15 U.S.C. § 1692 k (d).

45.  According to Congress, under the FDCPA, FCRA Act, Although it is permissible for a debt collector to seek to collect on a time barred debt voluntarily, it is prohibited from threatening litigation with respect to such a debt. The defendant act(s) to under such circumstances can at best be described as "misleading" representation, in violation of § 1692 e. §1681b. §1681i, & Rosenthal  1788.17 and 1788.30 et seq.

## V.  CAUSES OF ACTION

### FIRST CAUSE OF ACTION

Violations of FDCPA 15 U.S.C. 1962 et.,seq.

**(As against Defendant(s):** Capital One Bank (USA) N.A., Capital One, The Moore Law Group, Harvey M. Moore, Esq. SBN# 101128,

13

Karel Raba SBN # 293570, Matthew Garvey SBN # 309960, Amara Hayden SBN # 304452, Kelsey Krueger

46.  Plaintiff re-alleges and incorporates paragraphs 21-45. Defendants violated the FDCPA. Defendants violations include, but are not limited to, the following:

(a)  The Defendants violated 15 U.S.C. § 1692d by engaging in conduct the natural consequence of which is to harass, oppress, and abuse persons in connection with the collection of the alleged debt;

(b)  The Defendant violated 15 U.S.C. § 1692e(2) by misrepresenting the legal status of the debt;

(c )  The Defendant violated 15 U.S.C. § 1692e(10) by using a false representation and deceptive means to collect or attempt to collect any debt or to obtain information regarding a consumer;

(d)  The Defendant violated 15 U.S.C. § 1692 f by using unfair or unconscionable means to collect or attempt to collect a debt;

(e)  The Defendant violated 15 U.S.C. § 1692f(1) by attempting to collect an amount not permitted by law.

47.  As a result of the above violations of the FDCPA, Defendants are liable to the Plaintiff for Plaintiff's actual damages, statutory damages, and court fees and costs Pursuant to 15 U.S.C. § 1692k

# SECOND CAUSE OF ACTION

Violation of FCRA 15 U.S.C. SEC. 1681 b

**As against Defendant(s):** Capital One Bank (USA) N.A.,

Capital One, The Moore Law Group

48. Plaintiff re-alleges and incorporates by reference all of the foregoing

paragraph.

49. Defendant violated the FCRA, Defendant violation include, but are not

limited to, the following:

(a)   The Defendant violated FCRA 15 U.S.C. § 1681b (f) by obtaining

Plaintiff's consumer report without a permissible purpose as defined by 15

U.S.C. § 1681b.

(b) The Defendant is a furnisher of information within the meaning of

the FCRA 15 U.S.C. § 1681s-2(b)(1)(A)

(c ) by after receiving notice pursuant to § 1681i of dispute with regard

to the completeness or accuracy of any information provided by a person to a

consumer reporting agency, negligently failing to conduct an investigation with

respect to the disputed information.

(d) Plaintiff re-alleges and incorporate by reference all foregoing

paragraphs. Based on the foregoing consumer credit reports. Defendant(s)

willfully violated the FCRA 15 U.S.C. § 1681s-2(b)(c) by, after receiving notice

pursuant to § 1681i of a dispute with regard to the completeness or accuracy of

any information provided by a person to a consumer reporting agency, failing to

direct such consumer reporting agencies to delete inaccurate information about

the Plaintiff pertaining to the account.

50.   Actions on the part of defendant demonstrates a willful disregard for

federal law and constitutes a blatant attempt to injure or ruin the credit rating of

plaintiff since defendant has demonstrated an inability to validate the alleged

debt and subsequently attempted coerce payment. 15 U.S.C sec. 1681 .

51.   As a result of the above violations of the FCRA, Defendants are liable

to the Plaintiff for Plaintiff's actual damages, statutory damages, and court fees

and costs Pursuant to 15 U.S.C. § 15 U.S.C. §1681n (a) (3) and 15 U.S.C.

§1681o (a).

# I. REQUEST FOR RELIEF

**WHEREFORE,** the Plaintiff requests:   That this court grant judgement against defendant(s) each for first claim for relief

52.) Actual damages in the amount of **$7,260.54**  2.) Punitive & Statutory damages 15 U.S.C. sec. 1692 d (1), 1692 e, 1692 f (6) 1692 g Remedies 1692 k, **$ 1,000 per defendant** & Rosenthal Fair Debt Collection Practices Act, Cal Civ. Code § 1788.30 (b) **$1,000.00** per defendant 3.) cost and reasonable fees pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal Civ. Code § 1788.30 (c)   determined by jury. 4.) Any relief as this Honorable Court see fit.

53.)  That this court grants judgment against defendant(s) each for second claim for relief  1.) Actual damages in the amount of **$7,260.54** 2.) Punitive and Statutory damages in the amount of **$ 8,000.00** FCRA 15 U.S.C. sec.1681b, 1681i, 1681s-2,1681 n & o  **$1000.00** per bureau per defendant 3.)  court fees and cost to be determined by jury 4.) Any relief as court see fit.

54.)  Actual damages in the amount of **$7,260.54**  2.) Punitive & Statutory damages 15 U.S.C. sec. 1692 d (1), 1692 e, 1692 f (6) 1692 g Remedies 1692 k, **$ 8,000** & Rosenthal Act § 1788.30 **$1,000.00** per defendant 3.) legal cost and fees determined by jury. 4.) Any relief as the court see fit.

Date: 10/6/2016

Sign: *Benito Rojas*

Print Name: Benito Rojas

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial by jury on all issues so triable as a matter of law.

Date: 10/6/2016

Sign: *Benito Rojas*

Print Name: Benito Rojas

*Exhibit TA*

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Benito Rojas

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Capital One Bank (USA), N.A.

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

**SEP 19 2016**

Sherri R. Carter, Executive Officer/Clerk
By Natasha Chambers, Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

L.A. County - Chatsworth
9425 Penfield Avenue
Chatsworth CA 91311

CASE NUMBER:
*(Número del Caso):*

16A15474

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Harvey M. Moore, Esq. (101128)  Karel Rabo (293570)  Matthew Garvey (306960)  Amara Hayden (304452)
The Moore Law Group, A Professional Corporation
3710 S. Susan Street, Suite 210, Santa Ana, CA 92704      800-506-2652

DATE:
*(Fecha)*

Clerk, by
*(Secretario)*

, Deputy
*(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. [X] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify)*:
3. [ ] on behalf of *(specify)*:

   under: [ ] CCP 416.10 (corporation)       [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership)   [ ] CCP 416.90 (authorized person)
          [ ] other *(specify)*:
4. [ ] by personal delivery on *(date)*:

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

19.

(Exhibit TA 1)

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Harvey M. Moore, Esq. 101128  Karel Raba (293570) Matthew Garvey (306960) Amara Hayden (304452)    The Moore Law Group, A Professional Corporation 3710 S. Susan Street, Suite 210, PO Box  25145 [92799], Santa Ana, CA 92704 | |

TELEPHONE NO:  800-506-2652          FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):*  Plaintiff

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**  L.A. County - Chatsworth

STREET ADDRESS: 9425 Penfield Avenue

MAILING ADDRESS: Chatsworth CA 91311

CITY AND ZIP CODE:

BRANCH NAME:

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

SEP 19 2016

Sherri R. Carter, Executive Officer/Clerk
By Natasha Chambers, Deputy

PLAINTIFF:  Capital One Bank (USA), N.A.

DEFENDANT:  Benito Rojas

☐ DOES 1 TO _____

**CONTRACT**

| ☒ COMPLAINT | ☐ AMENDED COMPLAINT *(Number):* |
|---|---|
| ☐ CROSS-COMPLAINT | ☐ AMENDED CROSS-COMPLAINT *(Number):* |

**Jurisdiction** *(check all that apply):*
☒ **ACTION IS A LIMITED CIVIL CASE**
  Amount demanded    ☒ does not exceed $10,000
                                  ☐ exceeds $10,000 but does not exceed $25,000
☐ **ACTION IS AN UNLIMITED CIVIL CASE**  (exceeds $25,000)
☐ **ACTION IS RECLASSIFIED** by this amended complaint or cross-complaint
      ☐ from limited to unlimited
      ☐ from unlimited to limited

CASE NUMBER:

**16A15474**

*Exhibit TA 1*

1. **Plaintiff** *(name or names):*  Capital One Bank (USA), N.A.

   alleges causes of action against **defendant** *(name or names):*    Benito Rojas

2. This pleading, including attachments and exhibits, consists of the following number of pages:   6
3. a. Each plaintiff named above is a competent adult
      ☒ **except** plaintiff *(name):*  Capital One Bank (USA), N.A.
         (1) ☐ a corporation qualified to do business in California
         (2) ☐ an unincorporated entity *(describe):*
         (3) ☒ other *(specify):*  National Association

   b. ☐ Plaintiff *(name):*
      a. ☐ has complied with the fictitious business name laws and is doing business under the fictitious name *(specify):*

      b. ☐ has complied with all licensing requirements as a licensed *(specify):*
   c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
      ☐ **except** defendant *(name):*                              ☐ **except** defendant *(name):*
         (1) ☐ a business organization, form unknown          (1) ☐ a business organization, form unknown
         (2) ☐ a corporation                                              (2) ☐ a corporation
         (3) ☐ an unincorporated entity *(describe):*                (3) ☐ an unincorporated entity *(describe):*

         (4) ☐ a public entity *(describe):*                            (4) ☐ a public entity *(describe):*

         (5) ☐ other *(specify):*                                          (5) ☐ other *(specify):*

*If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.*

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Code of Civil Procedure, § 425.12

American LegalNet, Inc.
www.FormsWorkflow.com

20.

(Exhibit TA2)

PLD-C-001

| SHORT TITLE: Capital One Bank (USA), N.A. V. Benito Rojas | CASE NUMBER: |
|---|---|

4. *(Continued)*

 b. The true names of defendants sued as Does are unknown to plaintiff.

 (1) ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of the named
 defendants and acted within the scope of that agency or employment.

 (2) ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to
 plaintiff.

 c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.

 d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☐ Plaintiff is required to comply with a claims statute, **and**

 a. ☐ has complied with applicable claims statutes, or

 b. ☐ is excused from complying because *(specify):*

6. ☐ This action is subject to ☐ Civil Code section 1812.10 ☐ Civil Code section 2984.4.

7. This court is the proper court because

 a. ☐ a defendant entered into the contract here.

 b. ☐ a defendant lived here when the contract was entered into.

 c. ☒ a defendant lives here now.

 d. ☐ the contract was to be performed here.

 e. ☐ a defendant is a corporation or unincorporated association and its principal place of business is here.

 f. ☐ real property that is the subject of this action is located here.

 g. ☐ other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or
 more causes of action attached):*

 ☐ Breach of Contract

 ☒ Common Counts

 ☐ Other *(specify):*

9. ☐ Other allegations:

10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

 a. ☒ damages of: $ 7260.54

 b. ☐ interest on the damages

 (1) ☐ according to proof

 (2) ☐ at the rate of *(specify):* _____ percent per year from *(date):*

 c. ☐ attorney's fees

 (1) ☐ of: $

 (2) ☐ according to proof.

 d. ☒ other *(specify):* Cost of suit

11. ☐ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: SEP 0 9 2016

~~Karel Raba , Esq. / Matthew Garvey, Esq.~~ / Amara Hayden, Esq.
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

21.

*(Exhibit TA3)*

PLD-C-001(2)

| SHORT TITLE: Capital One Bank (USA), N.A. V. Benito Rojas | CASE NUMBER: |
| --- | --- |

__FIRST__   **CAUSE OF ACTION—Common Counts**
(number)

ATTACHMENT TO  [X] Complaint  ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

CC-1. Plaintiff *(name):*   Capital One Bank (USA), N.A.

alleges that defendant *(name):*   Benito Rojas

became indebted to   [X] plaintiff   ☐ other *(name):*

a.  [X]  within the last four years
　　(1)  [X]  on an open book account for money due.
　　(2)  [X]  because an account was stated in writing by and between plaintiff and defendant in which it was agreed that defendant was indebted to plaintiff.

b.  [X]  within the last  ☐ two years  [x] four years
　　(1)  ☐  for money had and received by defendant for the use and benefit of plaintiff.
　　(2)  ☐  for work, labor, services and materials rendered at the special instance and request of defendant and for which defendant promised to pay plaintiff.
　　　　☐  the sum of $
　　　　☐  the reasonable value.
　　(3)  ☐  for goods, wares, and merchandise sold and delivered to defendant and for which defendant promised to pay plaintiff
　　　　☐  the sum of $
　　　　☐  the reasonable value.
　　(4)  [X]  for money lent by plaintiff to defendant at defendant's request.
　　(5)  [X]  for money paid, laid out, and expended to or for defendant at defendant's special instance and request.
　　(6)  [x]  other *(specify):*  This cause of action relates to the Capital One Bank (USA), N.A. credit card having account number XXXXXXXXXXXX3286

CC-2. $  7260.54 　　　　　　　　　, which is the reasonable value, is due and unpaid despite plaintiff's demand,
plus prejudgment interest  ☐ according to proof  [X] at the rate of  _____0%_____ percent per year
from *(date):*

CC-3.  ☐  Plaintiff is entitled to attorney fees by an agreement or a statute
　　　　☐  of $
　　　　☐  according to proof.

CC-4.  [X]  Other: Cost of suit

Page _____

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(2) [Rev. January 1, 2009]

CAUSE OF ACTION—Common Counts

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

*(margin, handwritten: Exhibit TA3)*

22.

(Exhibit TA4)

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Capital One Bank (USA), N.A. V. Benito Rojas | |

**ATTACHMENT** (Number): _1_       Page _1_ of _1_

(This Attachment may be used with any Judicial Council form.)       (Add pages as required)

I, Kelsey Krueger , declare:

1.      I am a legal clerk with The Moore Law Group, APC, attorneys for Plaintiff Capital One Bank (USA), N.A..

2.      I make this Declaration for the purpose of complying with the Servicemen's Civil Relief Act (SCRA).

3.      I made inquiries and other efforts to determine whether Defendant, or Defendants, were entitled to the protection of the Servicemen's Civil Relief Act; in particular, I caused an inquiry to be made of the United States Department of Defense Manpower Data Center as to whether any defendant, in this action, was at the time of such inquiry a member of the Army, of the United States, the United States Navy, the Marine Corps, the Coast Guard, the Air Force or an officer of the Public Health Services.

4.      I was informed and believe, based on the response received from the United States Department of Defense Manpower Data Center, that no defendant in this action is on "active duty" military status, as such term is used in the Servicemen's Civil Relief Act; a copy of the Report of the Department of Defense Manpower Data Center is annexed to an made a part of this Declaration and marked "Exhibit 1" to it.

      I declare under penalty of perjury, under the laws of the State of California, that the information contained herein is true and correct and that this declaration was executed on September 9, 2016 in Santa Ana, California.

Kelsey Krueger

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [New July 1, 2002]

**ATTACHMENT**
to Judicial Council Form

Cal. Rules of Court, rule 982

American LegalNet, Inc.
www.USCourtForms.com

Exhibit TA4

23.

(Exhibit TA 5)

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | |
|---|---|
| Harvey M. Moore, Esq. (101128)  Karel Raba (293570) Matthew Garvey (306960) Amara Hayden (304452)  The Moore Law Group, A Professional Corporation  3710 S. Susan Street, Suite 210  P. O. Box 25145 [92799], Santa Ana, CA 92704 | CONFORMED COPY  ORIGINAL FILED  Superior Court of California  County of Los Angeles  SEP 19 2016  Sherri R. Carter, Executive Officer/Clerk  By Natasha Chambers, Deputy |

TELEPHONE NO.: 800-506-2652  FAX NO.:

ATTORNEY FOR (Name): Plaintiff

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 9425 Penfield Avenue
MAILING ADDRESS: Chatsworth CA 91311
CITY AND ZIP CODE: Chatsworth Courthouse
BRANCH NAME:

CASE NAME: Capital One Bank (USA), N.A. v. Benito Rojas

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| ☐ Unlimited (Amount demanded exceeds $25,000) | ☒ Limited (Amount demanded is $25,000 or less) | ☐ Counter  ☐ Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | | **16A15474**  JUDGE:  DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☒ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition (not specified above) (43)

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. ☐ Large number of separately represented parties
b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
c. ☐ Substantial amount of documentary evidence
d. ☐ Large number of witnesses
e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ☒ monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action (specify): ONE
5. This case ☐ is ☒ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: SEP 09 2016

Karel Raba , Esq. / Matthew Garvey, Esq. / Amara Hayden, Esq.
(TYPE OR PRINT NAME)

▶ _(signature)_
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

Exhibit TA 5

24

(Exhibit AB)

EXHIBIT AB

```
                    GRAND CENTRAL
                    6444 SAN FERNANDO RD
                    GLENDALE
                    CA
                    91201-5079
                    05301407113
                    (800)275-8777
10/24/2016                          11:25 AM
=================================================

Product                    Sale        Final
Description                 Qty         Price

First-Class                  1         $0.47
Mail
Letter
    (Domestic)
    (SALT LAKE CITY, UT  84130)
    (Weight:0 Lb 0.60 Oz)
    (Expected Delivery Day)
    (Thursday 10/27/2016)
Certified                    1         $3.30
    (@@USPS Certified Mail  #)
    (70160910000058315546)

First-Class                  1         $0.47
Mail
Letter
    (Domestic)
    (ALLEN, TX  75013)
    (Weight:0 Lb 1.00 Oz)
    (Expected Delivery Day)
    (Thursday 10/27/2016)
Certified                    1         $3.30
    (@@USPS Certified Mail  #)
    (70160910000058315508)

First-Class                  1         $0.47
Mail
Letter
    (Domestic)
    (CRUM LYNNE  PA  19022)
    (Weight:0 Lb 1.00 Oz)
    (Expected Delivery Day)
    (Thursday 10/27/2016)
Certified                    1         $3.30
    (@@USPS Certified Mail  #)
    (70160910000058315515)

First-Class                  1         $0.47
Mail
Letter
    (Domestic)
    (SANTA ANA, CA  92799)
    (Weight:0 Lb 0.70 Oz)
    (Expected Delivery Day)
    (Wednesday 10/26/2016)
Certified                    1         $3.30
    (@@USPS Certified Mail  #)
    (70160910000058315539)
```

7016 0910 0000 0583 1508

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

7016 0910 0000 0583 1515

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

25.

Exhibit B

GRAND CENTRAL
6444 SAN FERNANDO RD
GLENDALE
CA
91201-5079
0530140713
(800) 275-8777
10/24/2016                    11:25 AM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Mail Letter | 1 | $0.47 |
| (Domestic) (SALT LAKE CITY, UT 84130) (Weight:0 Lb 0.60 Oz) (Expected Delivery Day) (Thursday 10/27/2016) | | |
| Certified | 1 | $3.30 |
| (@@USPS Certified Mail #) (70160910000005831546) | | |
| First-Class Mail Letter | 1 | $0.47 |
| (Domestic) (ALLEN, TX 75013) (Weight:0 Lb 1.00 Oz) (Expected Delivery Day) (Thursday 10/27/2016) | | |
| Certified | 1 | $3.30 |
| (@@USPS Certified Mail #) (70160910000005831508) | | |
| First-Class Mail Letter | 1 | $0.47 |
| (Domestic) (CRUM LYNNE, PA 19022) (Weight:0 Lb 1.00 Oz) (Expected Delivery Day) (Thursday 10/27/2016) | | |
| Certified | 1 | $3.30 |
| (@@USPS Certified Mail #) (70160910000005831515) | | |
| First-Class Mail Letter | 1 | $0.47 |
| (Domestic) (SANTA ANA, CA 92799) (Weight:0 Lb 0.70 Oz) (Expected Delivery Day) (Wednesday 10/26/2016) | | |
| Certified | 1 | $3.30 |
| (@@USPS Certified Mail #) (70160910000005831539) | | |

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.

7016 0910 0000 0583 1539

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.

7016 0910 0000 0583 1546

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

26.

Exhibit AD2

## Experian
A world of insight

Prepared for: BENITO H ROJAS
Date: November 08, 2016
Report number:

Page 5 of 14

Personal statements you've asked us to include   You've given us the following statement to include every time a company asks us for your credit report.

"ID SECURITY ALERT. FRAUDULENT APPLICATIONS MAY BE SUBMITTED IN MY NAME OR MY IDENTITY MAY HAVE BEEN USED WITHOUT MY CONSENT TO FRAUDULENTLY OBTAIN GOODS OR SERVICES. DO NOT EXTEND CREDIT WITHOUT FIRST VERIFYING THE IDENTITY OF THE APPLICANT. I CAN BE REACHED AT 323-321-2656. THIS SECURITY ALERT WILL BE MAINTAINED FOR 90 DAYS BEGINNING 11-04-16."

## Your accounts that may be considered negative

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years. Unpaid tax liens may remain for up to 10 years from the filing date, and paid tax liens may remain for up to seven years from the filing date. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

## Credit items

**CAPITAL ONE**
PO BOX 30285
SALT LAKE CITY UT 84130
**Phone number**
(800) 227 4825
**Partial account number**
517805924026......
**Address identification number**
0173144344

| | |
|---|---|
| **Date opened** | Feb 2007 |
| **First reported** | Nov 2009 |
| **Date of status** | Oct 2015 |

| | |
|---|---|
| **Type** | Credit card |
| **Terms** | Not reported |
| **Monthly payment** | Not reported |

| | |
|---|---|
| **Credit limit or original amount** | $6,500 |
| **High balance** | $7,260 |

| | |
|---|---|
| **Recent balance** | $7,260 as of Nov 2016 |
| **Responsibility** | Individual |

**Status:** Account charged off. $7,260 written off. $7,260 past due as of Nov 2016.

This account is scheduled to continue on record until Feb 2022.

**Comment:**
Account previously in dispute – investigation complete, reported by data furnisher.

**Comment:**
Account closed at credit grantor's request.

**Comment:**
This item was updated from our processing of your dispute in Nov 2016.

### Payment history legend

| | | | |
|---|---|---|---|
| OK | Current/Terms of agreement met | VS | Voluntary surrendered |
| 30 | Account 30 days past due | RO | Repossession |
| 60 | Account 60 days past due | 120 | Paid by creditor |
| 90 | Account 90 days past due | IC | Insurance claim |
| 120 | Account 120 days past due | CLM | Claim filed with government |
| 150 | Account 150 days past due | G | Defaulted on contract |
| 180 | Account 180 days past due | CO | Collection |
| DPD | Creditor received deed | CO | Charge off |
| FS | Foreclosure proceedings started | CLS | Closed |
| F | Foreclosed | ND | No data for this time period |

0007358849

7268-08-00-0000105-0003-0000004

*Exhibit AD2*

THE MOORE LAW GROUP   3710 S SUSAN ST STE 210     SANTA ANA CA 92704
(714) 431 2000
Date of inquiry: Jul 06, 2016

THE MOORE LAW GROUP   3710 S SUSAN ST STE 210     SANTA ANA CA 92704
(714) 431 2000
Date of inquiry: Jul 06, 2016

UNITED RECOVERY SYSTEMS   5800 N COURSE DR     HOUSTON TX 77072
(713) 977 1234
Date of inquiry: Nov 06, 2015

CAPITAL ONE   PO BOX 30281       SALT LAKE CITY UT 84130
(800) 955 7070
Date of inquiry: Oct 17, 2015

PORTFOLIO RECOVERY ASSOC   120 CORPORATE BLVD STE 100     NORFOLK VA
23502
(800) 772 1413
Date of inquiry: Aug 07, 2015; Jul 08, 2015

PORTFOLIO RECOVERY ASSOC
No phone number available
Date of inquiry: Jul 08, 2015

CAPITAL ONE   PO BOX 30281       SALT LAKE CITY UT 84130
(804) 967 1000
Date of inquiry: Dec 19, 2014

## Personal information

The following information is reported to us by you, your creditors and/or other sources.
Each source may report your personal information differently, which may result in
variations of your name, address, Social Security number, etc. As part of our fraud
protection efforts, a notice with additional information may appear.

## Names

BENITO  ROJAS

BENITO  ROJAS
Name identification number: 28768

BENITO  ROJAS  Sr
Name identification number: 10855

BENITO H ROJAS
Name identification number: 12053

7268-06-00-0000105-0006-0000801

28.

Exhibit A03

**Experian**

A world of insight

## How to read your results

**Deleted** - This item was removed from your credit report

**Remains** - This item was not changed as a result of our processing of your dispute

**Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you

**Processed** - This item was either updated or deleted; review this report to learn its outcome

## Results

We have completed the processing of your dispute(s). Here are the results:

| Credit items | Outcome |
|---|---|
| CAPITAL ONE BANK USA N 517805924026..... | Updated |
| SYNCB/CARE CREDIT 601918328319..... | Updated |
| PORTFOLIO RECOVERY ASS 520118018982..... | Updated |

Visit experian.com/status to check the status of your pending disputes at any time.

000735849

Prepared for: BENITO H ROJAS
Date: November 08, 2016
Report number:

*Page 4 of 14*

Exhibit 104

**TransUnion**

File Number:
Date Issued:        11/09/2015

## -Begin Credit Report-

## Personal Information

You have been on our files since  12/01/2002

**SSN:** XXX-XX-

**Date of Birth:** 02/10/1960

### Names Reported: BENITO ROJAS SR

### Addresses Reported:

| Address | Date Reported | Address | Date Reported |
|---|---|---|---|
| 2876 W AVENUE 33, LOS ANGELES, CA 90065-2120 | 09/11/2009 | 2838 W AVENUE 32 APT 6, LOS ANGELES, CA 90065-2161 | 03/14/2005 |
| PO BOX 39525, LOS ANGELES, CA 90039-0525 | 02/11/2009 | 3141 GARDEN AVE, LOS ANGELES, CA 90039-2312 | 01/11/2007 |
| 2842 W AVENUE 33, LOS ANGELES, CA 90065-2120 | 12/01/2002 | | |

### Telephone Numbers Reported:

(323) 321-2656      (222) 321-2656      (323) 321-2676      (323) 276-8561      (213) 257-7604

### Employment Data Reported:

| Employer Name | Date Verified | Position |
|---|---|---|
| DMX AUTOSPACE | 03/27/2013 | OPERATOR |

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

### Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

### Remark Key

Additionally, some creditors may notate your account with comments each month. We refer to these creditor comments as "Remarks". The key below gives the descriptions of the abbreviated remarks contained in your credit file. Any remark containing brackets ›‹ indicates that this remark is considered adverse.

| CBC | ACCOUNT CLOSED BY CONSUMER | CBG | CLOSED BY CREDIT GRANTOR | CLO | CLOSED |
|---|---|---|---|---|---|
| PAL | PURCHASED BY ANOTHER LENDER | ›PRL‹ | UNPAID BALANCE CHARGED OFF | TRF | TRANSFERRED TO ANOTHER OFFICE |

## Adverse Accounts

( 9800 CENTRE PARKWAY, #1100, HOUSTON, TX 77036, (800) 934-3549 )

| | | |
|---|---|---|
| **Placed for collection:** 08/27/2014 | **Balance:** | **Pay Status:** ›In Collection‹ |
| **Responsibility:** Individual Account | **Date Updated:** | |
| **Account Type:** Open Account | **Original Amount:** $736 | |
| **Loan Type:** | **Original Creditor:** | |
| | (Retail) | |
| | **Past Due:** | |

**Remarks:** ›PLACED FOR COLLECTION‹
Estimated month and year that this item will be removed: 07/2021

**CAPITAL ONE BANK USA NA** #517805924026**** ( PO BOX 30281, SALT LAKE CITY, UT 84130, (800) 955-7070 )

| | | |
|---|---|---|
| **Date Opened:** 02/28/2007 | **Date Updated:** 09/11/2015 | **Pay Status:** ›Account 120 Days Past Due Date‹ |
| **Responsibility:** Individual Account | **Last Payment Made:** 03/09/2015 | **Terms:** $206 per month, paid Monthly |
| **Account Type:** Revolving Account | | ›Maximum Delinquency of 120 days in 08/2015 |
| **Loan Type:** CREDIT CARD | | for $1,025 and in 09/2015 for $1,227‹ |

Credit Limit: Credit limit of $6,500 from 05/2013 to 09/2015
Estimated month and year that this item will be removed: 04/2022

| | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $7,127 | $6,992 | $6,859 | $6,733 | $6,571 | $6,416 | $6,269 | $6,360 | $6,325 | $6,349 | $6,431 | $6,272 |
| Scheduled Payment | $206 | $202 | $194 | $229 | $220 | $210 | $172 | $185 | $185 | $181 | $183 | $178 |
| Amount Paid | | | | | | | | | | | | |
| Past Due | $1,227 | $1,025 | $831 | $602 | $382 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| High Balance | $7,127 | $6,992 | $6,859 | $6,733 | $6,617 | $6,617 | $6,617 | $6,617 | $6,617 | $6,617 | $6,617 | $6,617 |
| Rating | 120 | 120 | 90 | 60 | 30 | OK | OK | OK | OK | OK | OK | OK |

30.

*Exhibit A05*

Consumer Credit Report for **BENITO ROJAS SR**

File Number: ▓▓▓▓▓   Date Issued: 11/09/2015

| | 10/2012 | 09/2012 | 08/2012 | 07/2012 |
|---|---|---|---|---|
| Rating | OK | OK | OK | OK |

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓**** ( CSCL DSP TM MAC N8235-04M, P O BOX 14517, DES MOINES, IA 50306, Phone number not available )

| | | | |
|---|---|---|---|
| **Date Opened:** 10/14/2011 | **Date Updated:** 08/29/2014 | | **Pay Status:** Current; Paid or Paying as Agreed |
| **Responsibility:** Individual Account | **Payment Received:** $0 | | **Terms:** Paid Monthly |
| **Account Type:** Revolving Account | **Last Payment Made:** 10/29/2012 | | **Date Closed:** 04/14/2014 |
| **Loan Type:** CHARGE ACCOUNT | | | **Date Paid:** 10/29/2012 |

**High Balance:** High balance of $1,438 from 05/2013 to 04/2014; $1,438 from 08/2014 to 08/2014
**Credit Limit:** Credit limit of $2,500 from 05/2013 to 04/2014; $2,500 from 08/2014 to 08/2014

| | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | $0 | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Remarks | CBG/CLO | | | | CBG/CLO | | | | | | | |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $0 | $0 | $0 | | | | | | | | |
| Amount Paid | $0 | $0 | $0 | $0 | | | | | | | | |
| Past Due | $0 | $0 | $0 | $0 | | | | | | | | |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 | 10/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

## Regular Inquiries

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓    ▓▓▓▓▓▓
Requested On ▓▓▓▓

## Promotional Inquiries

**CAPITAL ONE NATL ASSOC** ( PO BOX 30281, SALT LAKE CITY, UT 84130, (888) 810-4013 )
Requested On: 10/09/2015, 09/10/2015, 08/11/2015

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Requested On:

**CAPITAL ONE BANK USA NA** ( PO BOX 30281, SALT LAKE CITY, UT 84130, (800) 955-7070 )
Requested On: 07/13/2015, 06/09/2015, 05/08/2015, 04/09/2015, 03/13/2015

Requested On: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Requested On: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**GEICO** ( 1 GEICO PLZ, WASHINGTON, DC 20076-0003, (773) 582-2886 )
Requested On: 12/30/2014

## Account Review Inquiries

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Requested On: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Requested On: ▓▓▓▓▓▓▓

**TRANSWORLD SYSTEMS INC** ( 507 PRUDENTIAL RD, HORSHAM, PA 19044, (888) 446-4733 )
Requested On: 09/11/2015

**CAPITAL ONE BANK USA NA** ( PO BOX 30281, SALT LAKE CITY, UT 84130, (800) 955-7070 )
Requested On: 04/01/2015

### -End of Credit Report-

*Exhibit A05*

*31.*

Date:10/21/2016


Name: Benito Rojas


Address: 2876 W. AVENUE 33
               LOS ANGELES, CA 90065


Creditor: CAPITAL ONE (USA) N.A.


Creditor Address: P.O. BOX 30281
                       SALT LAKE CITY, UT 84130


REF; Acct. # 517805924026

TO Whom it may concern:

This is NOT a request for "verification" or proof of my mailing address, but a request for VALIDATION made pursuant to the above named Title and Section. I respectfully request that your offices provide me with competent evidence that I have any legal obligation to pay you.

Please provide me with the following:


What the money you say I owe is for;

Explain and show me how you calculated what you say I owe;
Provide me with copies of any papers that show I agreed to pay what you say I owe;

Provide a verification or copy of any judgment if applicable;
Identify the original creditor;

Prove the Statute of Limitations has not expired on this account
Show me that you are licensed to collect in my state
Provide me with your license numbers and Registered Agent




1. Federal Fair Debt Collection Practices Act

32

Please be advised that I am not requesting a "verification" that you have my mailing address, I am requesting a "validation:" that is, competent evidence that I have some contractual obligation to pay you.

You should also be aware that sending unsubstantiated demands for payment through the United States Mail System might constitute mail fraud under federal and state law.

Your failure to satisfy this request within the requirements of the Fair Debt Collection Practices Act will be construed as your absolute waiver of any and all claims against me, and your tacit agreement to compensate me for costs and attorneys fees.

## CREDITOR DISCLOSURE STATEMENT

Name and Address of Collector (assignee): _____

_____

Name and Address of Debtor: _____

_____

Account Number(s): _____

What are the terms of assignment for this account? You may attach a facsimile of any records relating to such terms.

_____

_____

Have any insurance claims been made by any creditor been made by any creditor or assignee regarding this account? Yes /no

Has the purported balance of this account been used in any tax deduction claim? Yes / no

Please list the particular products or services sold by the collector to the debtor and the dollar amount of each:

_____

---

Upon failure or refusal of collector to validate this collection action, collector agrees to waive all claims against the debtor named herein and pay debtor for all costs and attorney fees involved in defending this collection action.

X_____        _____

Authorized signature for Collector                Date

Please return this completed form and attach all assignment or other transfer agreements that would establish your right to collect this debt. Your claim cannot be considered if any portion of this form is not completed and returned with the required documents. This is a request for validation made pursuant to the Fair Debt Collection Practices Act. If you do not respond as required by this law, your claim will not be considered and you may be liable for damages for continued collection efforts.

Sincerely,

34.

Date:10/21/2016

Name: Benito Rojas

Address: 2876 W. AVENUE 33
LOS ANGELES, CA 90065

Collection Agency: The Moore Law Group, APC

Creditor Address: 3710 S. SUSAN STREET
SANTA ANA, CA 92704

REF; Acct. # 517805924026

TO Whom it may concern:

This is NOT a request for "verification" or proof of my mailing address, but a request for VALIDATION made pursuant to the above named Title and Section. I respectfully request that your offices provide me with competent evidence that I have any legal obligation to pay you.

Please provide me with the following:

What the money you say I owe is for;

Explain and show me how you calculated what you say I owe;
Provide me with copies of any papers that show I agreed to pay what you say I owe;

Provide a verification or copy of any judgment if applicable;
Identify the original creditor;

Prove the Statute of Limitations has not expired on this account
Show me that you are licensed to collect in my state
Provide me with your license numbers and Registered Agent

1. Federal Fair Debt Collection Practices Act

35.

Please be advised that I am not requesting a "verification" that you have my mailing address, I am requesting a "validation:" that is, competent evidence that I have some contractual obligation to pay you.

You should also be aware that sending unsubstantiated demands for payment through the United States Mail System might constitute mail fraud under federal and state law.

Your failure to satisfy this request within the requirements of the Fair Debt Collection Practices Act will be construed as your absolute waiver of any and all claims against me, and your tacit agreement to compensate me for costs and attorneys fees.

## CREDITOR DISCLOSURE STATEMENT

Name and Address of Collector (assignee): _____

_____

Name and Address of Debtor: _____

_____

Account Number(s): _____

What are the terms of assignment for this account? You may attach a facsimile of any records relating to such terms.

_____

_____

Have any insurance claims been made by any creditor been made by any creditor or assignee regarding this account? Yes /no

Has the purported balance of this account been used in any tax deduction claim? Yes / no

Please list the particular products or services sold by the collector to the debtor and the dollar amount of each:

_____

36.

_____

Upon failure or refusal of collector to validate this collection action, collector agrees to waive all claims against the debtor named herein and pay debtor for all costs and attorney fees involved in defending this collection action.

X_____          _____
Authorized signature for Collector              Date

Please return this completed form and attach all assignment or other transfer agreements that would establish your right to collect this debt. Your claim cannot be considered if any portion of this form is not completed and returned with the required documents. This is a request for validation made pursuant to the Fair Debt Collection Practices Act. If you do not respond as required by this law, your claim will not be considered and you may be liable for damages for continued collection efforts.

Sincerely,

**Capital**One™

*Exhibit*
*BCO*

P.O. Box 30281
Salt Lake City, UT 84130-0281

15058

November 4, 2016

Benito H Rojas
2876 W Avenue 33
Los Angeles, CA 90065

Re: Account ending in xxxxxxxxxxxx3286

Dear Benito H Rojas,

We're writing to you about a dispute you sent to one of the credit bureaus for your credit card account ending in xxxxxxxxxxxx3286. However, the information the credit bureau sent to us may not have contained everything needed for us to fully understand the reason for your dispute.

You can help us research this by sending us the information listed below:

☐ Any **supporting documentation**, such as your credit report, showing that we've sent incorrect information to the credit reporting agencies
☐ A **copy of this letter**

Within 30 days of getting this information from you, we'll be able to get back to you. You can send it all in the enclosed envelope to:

Capital One®
P.O. Box 30281
Salt Lake City, UT 84130-0281

For more information about credit bureau reporting, please see the Credit Bureau Frequently Asked Questions on our website, www.capitalone.com/credit-cards/faq.

Sincerely,

Capital One® Credit Bureau Resolutions

J8100923 6784_002          © 2016 Capital One. Capital One is a federally registered service mark. All rights reserved.

38



P.O. Box 30285
Salt Lake City, UT 84130-0285

Benito Rojas                                  16907                      October 28, 2016
2876 W Avenue 33
Los Angeles, CA 90065

Re: xxxxxxxxxxxx3286
Case #: 10002583322011

Dear Benito Rojas,

Thanks for contacting us about your Capital One® account. We appreciate the opportunity to address your inquiry regarding the validity of this account.

According to our records, we received your application by Paper on 02/23/2007 and your account was opened on 02/28/2007. The last charge billed to your account was on 11/08/2014 in the amount of $12.00. Your last payment received on this account was on 03/09/2015 in the amount of $200.00.

    [X] We have placed a disagreement code with a resolution of dispute on your credit file to the major credit reporting agencies.

    [ ] A disagreement code with a resolution of dispute is on your credit file with the major credit reporting agencies.

    [ ] The disagreement code was removed from your credit file.

This account was opened with a valid contract between you and Capital One.

For more information about credit bureau reporting, please see the Credit Bureau Frequently Asked Questions on our website, www.capitalone.com/credit-cards/faq.

Sincerely,

Capital One® Credit Bureau Resolutions

This letter is for informational purposes only and is not an attempt to collect a debt.

6496-002 © 2016 Capital One. Capital One is a federally registered service mark. All rights reserved.

39.



P.O. Box 30281
Salt Lake City, UT 84130-0281

16905

October 28, 2016

Benito Rojas
2876 W Avenue 33
Los Angeles, CA 90065

Re: xxxxxxxxxxx3286
Case #: 10002583322011

Dear Benito Rojas,

Thanks for contacting us about your credit report. Based on the information you gave us, we researched your account. We know your credit is important to you so we want to help you understand what we found.

On 10/28/2016, we correctly reported your accounts  current balance as $7260.54.

For more information about credit bureau reporting, please see the Credit Bureau Frequently Asked Questions on our website, www.capitalone.com/credit-cards/faq.

Sincerely,

Capital One® Credit Bureau Resolutions

This letter is for informational purposes only and is not an attempt to collect a debt.

6499-003 JB100923 © 2016 Capital One. Capital One is a federally registered service mark. All rights reserved.

Exhibit CA01



Harvey Moore, Esq. ●
Ray Mahdavi, Esq.  ●
Angela Dawson, Esq. ●
Francella Wright, Esq. *
Nicole Rice, Esq. ≠
Bryant Burnstad, Esq. ●
Karel Raba, Esq. ●
Amara Hayden, Esq. ●
Matthew Garvey, Esq. ●

●licensed in California
≠licensed in Colorado
*licensed in New Mexico



# The **Moore Law Group**
### A Professional Corporation

**Toll Free 1-800-506-2652**
**Mailing Address:**
**PO Box 25145**
**Santa Ana, CA 92799-5145**

California Office:
3710 S. Susan St., Ste 210
Santa Ana, CA 92704
Phone 714-431-2000
Fax 714-754-9568

Colorado Office:
1901 W. Littleton Blvd., Ste 214
Littleton, CO 80120
Phone 303-586-6561
Fax 720-278-7794

New Mexico Office:
PO Box 3767
Albuquerque, NM 87190-3767
Phone 505-903-5820
Fax 505-903-5833

August 30, 2016

Benito Rojas
2876 W Avenue 33
Los Angeles CA 90065-2120

Re:   Obligation owing to Capital One Bank (USA), N.A.
        Account number XXXXXXXXXXXX3286
        Balance Owing $7,260.54

## NOTICE OF INTENTION TO SUE AND INCUR COURT COSTS

It is our office's intention to file a lawsuit to collect the balance owing on the above referenced account. In addition to seeking a judgment for principal, we will ask the court to award allowable court costs (the actual cost of the filing fee and the actual cost of service of process).

We encourage you to contact us to discuss payment arrangements or available settlement options.

TOLL FREE NUMBER IS (800) 506-2652. We look forward to hearing from you.

The Moore Law Group,

Amara Hayden, Esq.
~~Matthew Garvey, Esq.~~

**This communication is from a debt collector in an attempt to collect a debt. Any information obtained will be used for that purpose.**
788818768

41.



Harvey Moore, Esq. ●
Ray Mahdavi, Esq. ●
Angela Dawson, Esq. ●
Francella Wright, Esq. *
Nicole Rice, Esq. ≠
Bryant Burnstad, Esq.●
Karel Raba, Esq. ●
Amara Hayden, Esq. ●
Matthew Garvey, Esq. ●

●licensed in California
≠licensed in Colorado
*licensed in New Mexico



# The Moore Law Group
A Professional Corporation

**Toll Free 1-800-506-2652**
**Mailing Address:**
**PO Box 25145**
**Santa Ana, CA 92799-5145**

California Office:
3710 S. Susan St., Ste 210
Santa Ana, CA 92704
Phone 714-431-2000
Fax 714-754-9568

Colorado Office:
1901 W. Littleton Blvd., Ste 214
Littleton, CO 80120
Phone 303-586-6561
Fax 720-278-7794

New Mexico Office:
PO Box 3767
Albuquerque, NM 87190-3767
Phone 505-903-5820
Fax 505-903-5833

November 2, 2016

Benito Rojas
2876 W Avenue 33
Los Angeles CA 90065-2120

Re:     Obligation owing to Capital One Bank (USA), N.A.
          Account number XXXXXXXXXXXX3286
          Current Balance Owing $7,260.54

Dear Benito Rojas,

We are writing in response to a debt validation request we received concerning the above referenced account.

In response thereto, we are sending copies of billing statements and any other relevant documentation to serve as validation of the debt.

If you have any questions, please contact our office at (800) 506-2652 between 8:00am and 5:00pm PST.

The Moore Law Group,

*Matthew S. Garvey*

Matthew Garvey, Esq.

**This communication is from a debt collector in an attempt to collect a debt. Any information obtained will be used for that purpose.**

788818768

42.

*Exhibit C 58*



**Platinum MasterCard**

| | Página 1 de 3 |
| | Servicio al Cliente 1-800-462-0114 |
| | www.capitalone.com |

| Sep. 12 - Oct. 11, 2014 | 30 Días en el Ciclo de Facturación |

Cuenta terminada en 3286

| SALDO NUEVO | PAGO MÍNIMO | FECHA DE VENCIMIENTO |
|---|---|---|
| $6,272.24 | $178.00 | Nov 08, 2014 |

PAGUE POR LO MENOS ESTA CANTIDAD

**ADVERTENCIA SOBRE PAGO MÍNIMO:** Si sólo efectúa el pago mínimo cada periodo, usted pagará más intereses y le tomará más tiempo liquidar su cuenta. Por ejemplo:

| Cantidad de Pago en Cada Periodo Si No Se Efectúan Cargos Adicionales | Tiempo Aproximado para Liquidar el Saldo del Estado de Cuenta | Costo Total Estimado |
|---|---|---|
| Pago Mínimo | 22 Años | $17,345 |
| $240 | 3 Años | $8,657 |

Ahorro aproximado si paga este saldo en 3 años: $8,688

Si desea obtener información sobre servicios de asesoría de crédito, llame gratis al 1-888-326-8055

| Límite de Crédito: | $6,500.00 | Crédito Disponible: | $227.76 |
| Límite de Crédito para Adelantos de Efectivo: | $6,500.00 | Crédito Disponible para Adelantos de Efectivo: | $227.76 |

**ADVERTENCIA SOBRE ATRASO EN EL PAGO:** Si no recibimos su pago mínimo para la fecha de vencimiento, puede que tenga que pagar un cargo de hasta $35.00 por atraso en el pago.

| Saldo Anterior | − | Pagos y Créditos | + | Intereses y Cargos Aplicados | + | Transacciones | = | Saldo Nuevo |
|---|---|---|---|---|---|---|---|---|
| $6,356.03 | | $200.00 | | $116.21 | | $0.00 | | $6,272.24 |

## TRANSACCIONES

**PAGOS, CRÉDITOS Y AJUSTES PARA BENITO ROJAS SR #3286**

| 1 | 08 OCT  Cap 1 ElecPhonePmt VRUAuthDate 08-OCT | ($200.00) |

**CARGOS/CUOTAS**

| | Total de Cargos/Cuotas Este Período | $0.00 |

**INTERESES APLICADOS**

| INTEREST CHARGE:PURCHASES | $104.98 |
| INTEREST CHARGE:CASH ADVANCES | $11.23 |
| Total de Intereses Este Período | $116.21 |

**TOTALES AÑO A LA FECHA**

| Total en Cargos/Cuotas Este Año | $92.84 |
| Total de Intereses Este Año | $1,133.79 |

### Siempre a su servicio...

Pague su factura por Internet y aproveche nuestros servicios sobre la marcha, entre ellos:

• Mensajes de texto de Capital One®
• Reemplazo de tarjeta
• Notificación de viaje

Ingrese a **www.capitalone.com** para aprovechar estos y otros servicios sobre la marcha. (Servicio disponible en inglés únicamente).

300026-C

### CÁLCULO DE CARGO POR INTERESES

Su Tasa de Interés Anual (APR) se refiere a la tasa de interés anual de su cuenta.

| Tipo de Saldo | Tasa de Interés Anual (APR) | Saldo Sujeto a la Tasa de Interés | Cargo por Intereses |
|---|---|---|---|
| Compras | 22.90% D | $5,577.34 | $104.98 |
| Adelantos de Efectivo | 16.90% | $808.15 | $11.23 |

P,L,D,F = Tasa Variable. Consulte la información importante adjunta para más detalles

DEVUELVA JUNTO CON SU PAGO LA PORCIÓN QUE SE ENCUENTRA EN LA PARTE INFERIOR O COMIENCE SESIÓN EN WWW.CAPITALONE.COM PARA EFECTUAR SU PAGO POR LA INTERNET. (SERVICIO DISPONIBLE EN INGLÉS ÚNICAMENTE)

---

1          3286 11  6272240200000178004



**Cuenta terminada en 3286**

| Fecha de vencimiento | Saldo nuevo | Pago mínimo | Total adjunto |
|---|---|---|---|
| Nov 08, 2014 | $6,272.24 | $178.00 | . |

PAGUE POR LO MENOS ESTA CANTIDAD

### ¡MENOS BASURA!

Debido a que usted no ha estado enviando sus pagos por correo postal durante el último año, dejaremos de enviarle esos sobres fastidiosos. Puede seguir eliminando basura al inscribirse para recibir estados de cuenta electrónicos en capitalone.com. (Servicio disponible en inglés únicamente.)

400022

BENITO ROJAS SR
2876 W AVENUE 33
LOS ANGELES, CA 90065-2120

Capital One Bank (USA), N.A.
P.O. Box 60599
City of Industry, CA 91716-0599

Haga sus cheques a nombre de Capital One Bank (USA), N.A. y envíelos por correo con este cupón.

43.

Exhibit CS 3

001
11

**Page 1 of 3**
Customer Service 1-800-462-0114
www.capitalone.com

| | Sep. 12 - Oct. 11, 2014 | 30 Days in Billing Cycle |
|---|---|---|

Platinum MasterCard

Account ending in 3286

| NEW BALANCE | MINIMUM PAYMENT | DUE DATE |
|---|---|---|
| $6,272.24 | $178.00 | Nov 08, 2014 |

PLEASE PAY AT LEAST THIS AMOUNT

| Credit Limit: | $6,500.00 | Available Credit: | $227.76 |
|---|---|---|---|
| Cash Advance Credit Limit: | $6,500.00 | Available Credit for Cash Advances: | $227.76 |

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| Payment Amount Each Period If No Additional Charges Are Made | Approximate Time to Pay Off Statement Balance | Estimated Total Cost |
|---|---|---|
| Minimum Payment | 22 Years | $17,345 |
| $240 | 3 Years | $8,657 |

Your estimated savings if you pay off this balance in 3 years:   $8,688

If you would like information about credit counseling services, call 1-888-326-8055.

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $35.00.

| Previous Balance | | Payments and Credits | | Fees and Interest Charged | | Transactions | | New Balance |
|---|---|---|---|---|---|---|---|---|
| $6,356.03 | − | $200.00 | + | $116.21 | + | $0.00 | = | $6,272.24 |

## TRANSACTIONS

PAYMENTS, CREDITS & ADJUSTMENTS FOR BENITO ROJAS SR #3286

| 1 | 08 OCT  Cap 1 ElecPhonePmt VRUAuthDate 08-OCT | ($200.00) |
|---|---|---|

**FEES**

| Total Fees This Period | $0.00 |
|---|---|

**INTEREST CHARGED**

| INTEREST CHARGE:PURCHASES | $104.98 |
|---|---|
| INTEREST CHARGE:CASH ADVANCES | $11.23 |
| Total Interest This Period | $116.21 |

**TOTALS YEAR TO DATE**

| Total Fees This Year | $92.84 |
|---|---|
| Total Interest This Year | $1,133.79 |



# Always at your service...

Pay your bill online and take advantage of these and other on-the-go services:

- Capital One® text messaging
- Card replacement
- Travel notification

Log into www.capitalone.com to take advantage of these and other on-the-go services.

300026-C

### INTEREST CHARGE CALCULATION

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 22.90% D | $5,577.34 | $104.98 |
| Cash Advances | 16.90% | $808.15 | $11.23 |

P,L,D,F = Variable Rate. See enclosed disclosure insert for details

## ¿Cambio de Dirección?

Dirección ..........................................................

..........................................................

Teléfono

del domicilio ..........................................................

Otro Teléfono ..........................................................

Dirección de

correo electrónico ..........................................................

Escriba en letra de imprenta los cambios de dirección o teléfono
arriba utilizando tinta azul o negro.

## ¿Aún no está listo para efectuar sus pagos por la Internet?

No No hay ningún problema. Siga los siguientes pasos sencillos para asegurarse de que procesamos su pagos sin contratiempos:



- No utilice grapas ni sujetapapeles oara adjuntar su cheque al cupón de pago.



- No incluya ninguna correspondencia adicional.



- Por último pero no menos importante, asegúrese de escribir los cuatro últimos números de cuenta en su cheque.

44



| | Página 1 de 4 |
|---|---|
| | Servicio al Cliente 1-800-462-0114 |
| | www.capitalone.com |

| Oct. 12 - Nov. 11, 2014 | 31 Días en el Ciclo de Facturación |
|---|---|

Platinum MasterCard                     Cuenta terminada en 3286

| SALDO NUEVO | PAGO MÍNIMO | FECHA DE VENCIMIENTO |
|---|---|---|
| $6,431.74 | $183.00 | Dic 08, 2014 |

PAGUE POR LO MENOS ESTA CANTIDAD

| Límite de Crédito: | $6,500.00 | Crédito Disponible: | $68.26 |
|---|---|---|---|
| Límite de Crédito para Adelantos de Efectivo: | $6,500.00 | Crédito Disponible para Adelantos de Efectivo: | $68.26 |

**ADVERTENCIA SOBRE PAGO MÍNIMO:** Si sólo efectúa el pago mínimo cada período, usted pagará más intereses y le tomará más tiempo liquidar su saldo. Por ejemplo:

| Cantidad de Pago en Cada Período Si No Se Efectúan Cargos Adicionales | Tiempo Aproximado para Liquidar el Saldo del Estado de Cuenta | Costo Total Estimado |
|---|---|---|
| Pago Mínimo | 22 Años | $17,794 |
| $246 | 3 Años | $8,861 |

Ahorro aproximado si paga este saldo en 3 años:   $8,933

Si desea obtener información sobre servicios de asesoría de crédito, llame gratis al 1-888-328-8055

**ADVERTENCIA SOBRE ATRASO EN EL PAGO:** Si no recibimos su pago mínimo para la fecha de vencimiento, puede que tenga que pagar un cargo de hasta $35.00 por atraso en el pago.

| Saldo Anterior | | Pagos y Créditos | | Intereses y Cargos Aplicados | | Transacciones | | Saldo Nuevo |
|---|---|---|---|---|---|---|---|---|
| $6,272.24 | − | $300.00 | + | $139.50 | + | $320.00 | = | $6,431.74 |

## TRANSACCIONES

**PAGOS, CRÉDITOS Y AJUSTES PARA BENITO ROJAS SR #3286**
| 1 | 07 NOV Cap 1 ElecPhonePmt VRUAuthDate 07-NOV | ($300.00) |
|---|---|---|

**TRANSACCIONES PARA BENITO ROJAS SR #3286**
| 1 | 08 NOV CHEVRON 0093707LOS ANGELESCA | $12.00 |
|---|---|---|
| 2 | 09 NOV 60344CASMISANMIHIGHLANDCA | $104.00 |
| 3 | 09 NOV 60344CASMISANMIHIGHLANDCA | $204.00 |

▶ **Total de Transacciones Este Período**   **$320.00**

**CARGOS/CUOTAS**
| 1 | 10 NOV CASH ADVANCE FEE | $10.00 |
|---|---|---|
| 2 | 10 NOV CASH ADVANCE FEE | $10.00 |
| | Total de Cargos/Cuotas Este Período | $20.00 |

**INTERESES APLICADOS**
| INTEREST CHARGE:PURCHASES | $110.17 |
|---|---|
| INTEREST CHARGE:CASH ADVANCES | $9.33 |
| Total de Intereses Este Período | $119.50 |

Las transacciones continúan en la página 2

## INFORMACIÓN SOBRE RECOMPENSAS

| RECOMPENSAS ACUMULADAS ESTE PERÍODO | $0.18 |
|---|---|
| (refleja transacciones registradas durante este período de facturación) | |
| SALDO DISPONIBLE EN 11/11/2014 | $0.18 |

Para obtener información actualizada sobre sus recompensas, visite www.capitalone.com* o llame gratis al 1-800-228-3001

✓No Hassle rewards®

## CÁLCULO DE CARGO POR INTERESES

Su Tasa de Interés Anual (APR) se refiere a la tasa de interés anual de su cuenta.

| Tipo de Saldo | Tasa de Interés Anual (APR) | Saldo Sujeto a la Tasa de Interés | Cargo por Intereses |
|---|---|---|---|
| Compras | 22.90% D | $5,664.32 | $110.17 |
| Adelantos de Efectivo | 16.90% | $649.93 | $9.33 |

P,L,D,F = Tasa Variable. Consulte la información importante adjunta para más detalles

DEVUELVA JUNTO CON SU PAGO LA PORCIÓN QUE SE ENCUENTRA EN LA PARTE INFERIOR O COMIENCE SESIÓN EN WWW.CAPITALONE.COM PARA EFECTUAR SU PAGO POR LA INTERNET. (SERVICIO DISPONIBLE EN INGLÉS ÚNICAMENTE)

1 ████████ 3286 11 6431740300000183003




Cuenta terminada en 3286

| Fecha de vencimiento | Saldo nuevo | Pago mínimo | Total adjunto |
|---|---|---|---|
| Dic 08, 2014 | $6,431.74 | $183.00 | . |

PAGUE POR LO MENOS ESTA CANTIDAD

### ¡MENOS BASURA!

Debido a que usted no ha estado enviando sus pagos por correo postal durante el último año, dejaremos de enviarle esos sobres fastidiosos. Puede seguir eliminando basura al inscribirse para recibir estados de cuenta electrónicos en capitalone.com. (Servicio disponible en inglés únicamente.)

400022

BENITO ROJAS SR
2876 W AVENUE 33
LOS ANGELES, CA 90065-2120

Capital One Bank (USA), N.A.
P.O. Box 60599
City of Industry, CA 91716-0599

Haga sus cheques a nombre de Capital One Bank (USA), N.A. y envíelos por correo con este cupón.

Exhibit C 53

001
11

Page 1 of 4
Customer Service 1-800-462-0114
www.capitalone.com

| | Oct. 12 - Nov. 11, 2014 | 31 Days in Billing Cycle |

**Platinum MasterCard** — Account ending in 3286

| NEW BALANCE | MINIMUM PAYMENT | DUE DATE |
|---|---|---|
| $6,431.74 | $183.00 | Dec 08, 2014 |

PLEASE PAY AT LEAST THIS AMOUNT

| Credit Limit: | $6,500.00 | Available Credit: | $68.26 |
| Cash Advance Credit Limit: | $6,500.00 | Available Credit for Cash Advances: | $68.26 |

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| Payment Amount Each Period If No Additional Charges Are Made | Approximate Time to Pay Off Statement Balance | Estimated Total Cost |
|---|---|---|
| Minimum Payment | 22 Years | $17,794 |
| $246 | 3 Years | $8,861 |

Your estimated savings if you pay off this balance in 3 years: $8,933

If you would like information about credit counseling services, call 1-888-326-8055.

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $35.00.

| Previous Balance | | Payments and Credits | | Fees and Interest Charged | | Transactions | | New Balance |
|---|---|---|---|---|---|---|---|---|
| $6,272.24 | − | $300.00 | + | $139.50 | + | $320.00 | = | $6,431.74 |

## TRANSACTIONS

**PAYMENTS, CREDITS & ADJUSTMENTS FOR BENITO ROJAS SR #3286**

| 1 | 07 NOV Cap 1 ElecPhonePmt VRUAuthDate 07-NOV | ($300.00) |

**TRANSACTIONS FOR BENITO ROJAS SR #3286**

| 1 | 08 NOV CHEVRON 0093707LOS ANGELESCA | $12.00 |
| 2 | 09 NOV 60344CASMISANMIHIGHLANDCA | $104.00 |
| 3 | 09 NOV 60344CASMISANMIHIGHLANDCA | $204.00 |
| | ▶ Total Transactions This Period | **$320.00** |

**FEES**

| 1 | 10 NOV   CASH ADVANCE FEE | $10.00 |
| 2 | 10 NOV   CASH ADVANCE FEE | $10.00 |
| | Total Fees This Period | $20.00 |

**INTEREST CHARGED**

| | INTEREST CHARGE:PURCHASES | $110.17 |
| | INTEREST CHARGE:CASH ADVANCES | $9.33 |
| | Total Interest This Period | $119.50 |

Transactions continue on page 2

## REWARDS INFORMATION

| REWARDS EARNED THIS PERIOD | $0.18 |
| (reflects transactions posted during this billing cycle) | |
| AVAILABLE BALANCE AS OF 11/11/2014 | $0.18 |

For up-to-date rewards tracking, visit
www.capitalone.com
or simply call 1-800-228-3001

 ✓No Hassle rewards℠

## INTEREST CHARGE CALCULATION

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 22.90% D | $5,664.32 | $110.17 |
| Cash Advances | 16.90% | $649.93 | $9.33 |

P,L,D,F = Variable Rate. See enclosed disclosure insert for details

---

## ¿Cambio de Dirección?

Dirección ................................................................

................................................................

Teléfono

del domicilio ................................................................

Otro Teléfono ................................................................

Dirección de

correo electrónico ................................................................

Escriba en letra de imprenta los cambios de dirección o teléfono arriba utilizando tinta azul o negro.

## ¿Aún no está listo para efectuar sus pagos por la Internet?

No No hay ningún problema. Siga los siguientes pasos sencillos para asegurarse de que procesamos su pagos sin contratiempos:



- No utilice grapas ni sujetapapeles oara adjuntar su cheque al cupón de pago.
- No incluya ninguna correspondencia adicional.
- Por último pero no menos importante, asegúrese de escribir los cuatro últimos números de cuenta en su cheque.

46.



Página 1 de 3
Servicio al Cliente 1-800-462-0114
www.capitalone.com

| Nov. 12 - Dic. 11, 2014 | 30 Días en el Ciclo de Facturación |
|---|---|

**ADVERTENCIA SOBRE PAGO MÍNIMO:** Si sólo efectúa el pago mínimo cada período, usted pagará más intereses y le tomará más tiempo liquidar su saldo. Por ejemplo:

Platinum MasterCard — Cuenta terminada en 3286

| Cantidad de Pago en Cada Período Si No Se Efectúan Cargos Adicionales | Tiempo Aproximado para Liquidar el Saldo del Estado de Cuenta | Costo Total Estimado |
|---|---|---|
| Pago Mínimo | 22 Años | $17,567 |
| $243 | 3 Años | $8,766 |

| SALDO NUEVO | PAGO MÍNIMO | FECHA DE VENCIMIENTO |
|---|---|---|
| $6,349.50 | $181.00 | Ene 08, 2015 |

PAGUE POR LO MENOS ESTA CANTIDAD

Ahorro aproximado si paga este saldo en 3 años:  $8,801

Si desea obtener información sobre servicios de asesoría de crédito, llame gratis al 1-888-326-8055

| Límite de Crédito: | $6,500.00 | Crédito Disponible: | $150.50 |
|---|---|---|---|
| Límite de Crédito para Adelantos de Efectivo: | $6,500.00 | Crédito Disponible para Adelantos de Efectivo: | $150.50 |

**ADVERTENCIA SOBRE ATRASO EN EL PAGO:** Si no recibimos su pago mínimo para la fecha de vencimiento, puede que tenga que pagar un cargo de hasta $35.00 por atraso en el pago.

| Saldo Anterior | – | Pagos y Créditos | + | Intereses y Cargos Aplicados | + | Transacciones | = | Saldo Nuevo |
|---|---|---|---|---|---|---|---|---|
| $6,431.74 | | $200.00 | | $117.76 | | $0.00 | | $6,349.50 |

Adjunto a esta carta se encuentra su nuevo acuerdo del cliente de tarjeta de crédito con Capital One, que ahora es aún más fácil de usar. Lo hemos actualizado de manera que algunas de las explicaciones de nuestras prácticas actuales sean más sencillas y cortas. No se preocupe, este acuerdo no cambia ninguna de las tasas, cuotas ni cargos en su cuenta. Este acuerdo actualizado se aplicará a su cuenta a partir de 03/01/2015. Léalo detenidamente y guárdelo en sus archivos. Gracias.

### INFORMACIÓN SOBRE RECOMPENSAS

| | |
|---|---|
| SALDO DISPONIBLE DE RECOMPENSAS ANTERIOR | $0.18 |
| RECOMPENSAS ACUMULADAS ESTE PERÍODO | $0.00 |
| (refleja transacciones registradas durante este período de facturación) | |
| SALDO DISPONIBLE EN 12/11/2014 | $0.18 |

### TRANSACCIONES

**PAGOS, CRÉDITOS Y AJUSTES PARA BENITO ROJAS SR #3286**
1    08 DIC   Cap 1 ElecPhonePmt VRUAuthDate 08-DEC       ($200.00)

Para obtener información actualizada sobre sus recompensas, visite www.capitalone.com* o llame gratis al 1-800-228-3001

✓No Hassle rewards

### CARGOS/CUOTAS

| | |
|---|---|
| Total de Cargos/Cuotas Este Período | $0.00 |

### INTERESES APLICADOS

| | |
|---|---|
| INTEREST CHARGE:PURCHASES | $106.88 |
| INTEREST CHARGE:CASH ADVANCES | $10.88 |
| Total de Intereses Este Período | $117.76 |

Las transacciones continúan en la página 2

### CÁLCULO DE CARGO POR INTERESES

Su **Tasa de Interés Anual (APR)** se refiere a la tasa de interés anual de su cuenta.

| Tipo de Saldo | Tasa de Interés Anual (APR) | Saldo Sujeto a la Tasa de Interés | Cargo por Intereses |
|---|---|---|---|
| Compras | 22.90% D | $5,678.56 | $106.88 |
| Adelantos de Efectivo | 16.90% | $783.40 | $10.88 |

P,L,D,F = Tasa Variable. Consulte la información importante adjunta para más detalles

DEVUELVA JUNTO CON SU PAGO LA PORCIÓN QUE SE ENCUENTRA EN LA PARTE INFERIOR O COMIENCE SESIÓN EN WWW.CAPITALONE.COM PARA EFECTUAR SU PAGO POR LA INTERNET. (SERVICIO DISPONIBLE EN INGLÉS ÚNICAMENTE)

1 ████████ 3286  11  6349500200000181005



**Cuenta terminada en 3286**

| Fecha de vencimiento | Saldo nuevo | Pago mínimo | Total adjunto |
|---|---|---|---|
| Ene 08, 2015 | $6,349.50 | $181.00 | . |

PAGUE POR LO MENOS ESTA CANTIDAD

### ¡MENOS BASURA!

Debido a que usted no ha estado enviando sus pagos por correo postal durante el último año, dejaremos de enviarle esos sobres fastidiosos. Puede seguir eliminando basura al inscribirse para recibir estados de cuenta electrónicos en capitalone.com. (Servicio disponible en inglés únicamente.)

400022

BENITO ROJAS SR
2876 W AVENUE 33
LOS ANGELES, CA 90065-2120

Capital One Bank (USA), N.A.
P.O. Box 60599
City of Industry, CA 91716-0599

1 ████████ 3286  11  6349500200000181005

*Exhibit CS 7*

001
11

---

**Page 1 of 3**
Customer Service 1-800-462-0114
www.capitalone.com

| | Nov. 12 - Dec. 11, 2014 | 30 Days in Billing Cycle |
|---|---|---|

Platinum MasterCard                                        Account ending in 3286

| NEW BALANCE | MINIMUM PAYMENT | DUE DATE |
|---|---|---|
| $6,349.50 | $181.00 | Jan 08, 2015 |

PLEASE PAY AT LEAST THIS AMOUNT

| Credit Limit: | $6,500.00 | Available Credit: | $150.50 |
|---|---|---|---|
| Cash Advance Credit Limit: | $6,500.00 | Available Credit for Cash Advances: | $150.50 |

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| Payment Amount Each Period If No Additional Charges Are Made | Approximate Time to Pay Off Statement Balance | Estimated Total Cost |
|---|---|---|
| Minimum Payment | 22 Years | $17,567 |
| $243 | 3 Years | $8,766 |

Your estimated savings if you pay off this balance in 3 years:        $8,801

If you would like information about credit counseling services, call 1-888-326-8055.

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $35.00.

| Previous Balance | | Payments and Credits | | Fees and Interest Charged | | Transactions | | New Balance |
|---|---|---|---|---|---|---|---|---|
| $6,431.74 | – | $200.00 | + | $117.76 | + | $0.00 | = | $6,349.50 |

---

Included with this statement is your new Capital One credit card customer agreement -- it's now even easier to use! We've updated it to make some of the explanations of our current practices simpler and shorter. Not to worry, this agreement does not change any of the rates or fees on your account. This updated agreement will apply to your account starting 03/01/2015. Please read it carefully and keep it with your records. Thanks!

**TRANSACTIONS**

**PAYMENTS, CREDITS & ADJUSTMENTS FOR BENITO ROJAS SR #3286**
| 1 | 08 DEC | Cap 1 ElecPhonePrmt VRUAuthDate 08-DEC | ($200.00) |
|---|---|---|---|

**FEES**

| | Total Fees This Period | $0.00 |
|---|---|---|

**INTEREST CHARGED**
| INTEREST CHARGE:PURCHASES | | $106.88 |
|---|---|---|
| INTEREST CHARGE:CASH ADVANCES | | $10.88 |
| | Total Interest This Period | $117.76 |

Transactions continue on page 2

---

**REWARDS INFORMATION**

| PREVIOUS AVAILABLE REWARDS BALANCE | $0.18 |
|---|---|
| REWARDS EARNED THIS PERIOD | $0.00 |
| (reflects transactions posted during this billing cycle) | |
| AVAILABLE BALANCE AS OF 12/11/2014 | $0.18 |

For up-to-date rewards tracking, visit
www.capitalone.com
or simply call 1-800-228-3001

 ✓No Hassle rewards

**INTEREST CHARGE CALCULATION**

**Your** Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 22.90% D | $5,678.56 | $106.88 |
| Cash Advances | 16.90% | $783.40 | $10.88 |

P,L,D,F = Variable Rate. See enclosed disclosure insert for details

---

## ¿Cambio de Dirección?

Dirección  .............................................................

.............................................................

Teléfono

del domicilio  .............................................................

Otro Teléfono  .............................................................

Dirección de

correo electrónico  .............................................................

Escriba en letra de imprenta los cambios de dirección o teléfono
arriba utilizando tinta azul o negro.

## ¿Aún no está listo para efectuar sus pagos por la Internet?

**No** No hay ningún problema. Siga los siguientes pasos sencillos para asegurarse de que procesamos su pagos sin contratiempos:

- Haga sus cheques a nombre de Capital One Bank (USA), N.A. y envíelos por correo postal con este cupón de pago.
- No utilice grapas ni sujetapapeles oara adjuntar su cheque al cupón de pago.
- No incluya ninguna correspondencia adicional.
- Por último pero no menos importante, asegúrese de escribir los cuatro últimos números de cuenta en su cheque.



*Exhibit S*



Página 2 de 3
Servicio al Cliente   1-800-462-0114
www.capitalone.com

| Nov. 12 - Dic. 11, 2014 | 30 Días en el Ciclo de Facturación |
|---|---|

Platinum MasterCard

Cuenta terminada en 3286

| SALDO NUEVO | PAGO MÍNIMO | FECHA DE VENCIMIENTO |
|---|---|---|
| $6,349.50 | $181.00 | Ene 08, 2015 |

| | |
|---|---|
| Límite de Crédito: | $6,500.00 |
| Crédito Disponible: | $150.50 |
| Límite de Crédito para Adelantos de Efectivo: | $6,500.00 |
| Crédito Disponible para Adelantos de Efectivo: | $150.50 |

| Saldo Anterior | | Pagos y Créditos | | Intereses y Cargos Aplicados | | Transacciones | | Saldo Nuevo |
|---|---|---|---|---|---|---|---|---|
| $6,431.74 | − | $200.00 | + | $117.76 | + | $0.00 | = | $6,349.50 |

## TRANSACCIONES   (CONTINUACIÓN)

**TOTALES AÑO A LA FECHA**

| | |
|---|---|
| Total en Cargos/Cuotas Este Año | $112.84 |
| Total de Intereses Este Año | $1,371.05 |

*Exhibit CSI*

Customer Service 1-800-462-0114
**www.capitalone.com**

| | | Nov. 12 - Dec. 11, 2014 | 30 Days in Billing Cycle |
| --- | --- | --- | --- |

| | | Credit Limit: | $6,500.00 |
| --- | --- | --- | --- |
| Platinum MasterCard | Account ending in 3286 | Available Credit: | $150.50 |
| | | Cash Advance Credit Limit: | $6,500.00 |
| **NEW BALANCE** | **MINIMUM PAYMENT** | **DUE DATE** | |
| | | Available Credit for Cash Advances: | $150.50 |
| $6,349.50 | $181.00 | Jan 08, 2015 | |

| Previous Balance | | Payments and Credits | | Fees and Interest Charged | | Transactions | | New Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $6,431.74 | − | $200.00 | + | $117.76 | + | $0.00 | = | $6,349.50 |

## TRANSACTIONS CONTINUED

TOTALS YEAR TO DATE

| Total Fees This Year | $112.84 |
| --- | --- |
| Total Interest This Year | $1,371.05 |

*Exhibit C10*



| | Página 1 de 4 |
|---|---|
| | Servicio al Cliente 1-800-462-0114 |
| | www.capitalone.com |

| Ago. 12 - Sep. 11, 2015 | 31 Días en el Ciclo de Facturación |
|---|---|

Platinum MasterCard                                    Cuenta terminada en 3286

| SALDO NUEVO | PAGO MÍNIMO | FECHA DE VENCIMIENTO |
|---|---|---|
| $7,127.20 | $1,433.00 | Oct 08, 2015 |

PAGUE POR LO MENOS ESTA CANTIDAD

| Límite de Crédito: | $6,500.00 | Crédito Disponible: | $0.00 |
|---|---|---|---|
| Límite de Crédito para Adelantos de Efectivo: | $6,500.00 | Crédito Disponible para Adelantos de Efectivo: | $0.00 |

**ADVERTENCIA SOBRE PAGO MÍNIMO:** Si sólo efectúa el pago mínimo cada período, usted pagará más intereses y le tomará más tiempo liquidar su saldo. Por ejemplo:

| Cantidad de Pago en Cada Período Si No Se Efectúan Cargos Adicionales | Tiempo Aproximado para Liquidar el Saldo del Estado de Cuenta | Costo Total Estimado |
|---|---|---|
| Pago Mínimo | 21 Años | $17,437 |

Si desea obtener información sobre servicios de asesoría de crédito, llame gratis al 1-888-326-8055

**ADVERTENCIA SOBRE ATRASO EN EL PAGO:** Si no recibimos su pago mínimo para la fecha de vencimiento, puede que tenga que pagar un cargo de hasta $35.00 por atraso en el pago.

| Saldo Anterior | − | Pagos y Créditos | + | Intereses y Cargos Aplicados | + | Transacciones | = | Saldo Nuevo |
|---|---|---|---|---|---|---|---|---|
| $6,992.00 | | $0.00 | | $135.20 | | $0.00 | | $7,127.20 |

Si tiene alguna pregunta sobre esta cuenta, comuníquese con nosotros llamando gratis al 1-800-955-6600. Será un placer ayudarle de lunes a viernes de 8 de la mañana a 11 de la noche y sábados y domingos de 8 de la mañana a 5 de la tarde, hora del este.

**TRANSACCIONES**

PAGOS, CRÉDITOS Y AJUSTES PARA BENITO ROJAS SR #3286

TRANSACCIONES PARA BENITO ROJAS SR #3286

CARGOS/CUOTAS

| Total de Cargos/Cuotas Este Período | $0.00 |
|---|---|

INTERESES APLICADOS

| INTEREST CHARGE:PURCHASES | $129.42 |
|---|---|
| INTEREST CHARGE:CASH ADVANCES | $5.78 |
| Total de Intereses Este Período | $135.20 |

Las transacciones continúan en la página 2

## Su cuenta está RESTRINGIDA

Llámenos para hablar sobre la situación de su cuenta y sus opciones de pago.

**1-800-955-6600**

300056-C

**CÁLCULO DE CARGO POR INTERESES**

Su **Tasa de Interés Anual (APR)** se refiere a la tasa de interés anual de su cuenta.

| Tipo de Saldo | Tasa de Interés Anual (APR) | Saldo Sujeto a la Tasa de Interés | Cargo por Intereses |
|---|---|---|---|
| Compras | 22.90% D | $6,654.26 | $129.42 |
| Adelantos de Efectivo | 16.90% | $402.95 | $5.78 |

P,L,D,F = Tasa Variable. Consulte la información importante adjunta para más detalles

DEVUELVA JUNTO CON SU PAGO LA PORCIÓN QUE SE ENCUENTRA EN LA PARTE INFERIOR O COMIENCE SESIÓN EN WWW.CAPITALONE.COM PARA EFECTUAR SU PAGO POR LA INTERNET. (SERVICIO DISPONIBLE EN INGLÉS ÚNICAMENTE)

1   ▮▮▮▮▮ 3286 11 7127200200001433002




**Cuenta terminada en 3286**

| Fecha de vencimiento | Saldo nuevo | Pago mínimo | Total adjunto |
|---|---|---|---|
| Oct 08, 2015 | $7,127.20 | $1,433.00 | . |

PAGUE POR LO MENOS ESTA CANTIDAD

**Aproveche. Asuma el control.**

Maneje su cuenta por Internet en **www.capitalone.com** (servicio disponible en inglés únicamente)
- Configure alertas sobre la cuenta
- Consulte información sobre la cuenta
- Maneje su cuenta en privado



400020

BENITO ROJAS SR
2876 W AVENUE 33
LOS ANGELES, CA 90065-2120

Capital One Bank (USA), N.A.
P.O. Box 60599
City of Industry, CA 91716-0599

1   ▮▮▮▮▮ 3286 11 7127200200001433002

*Exhibit CS 11*

001
11

Page 1 of 4
Customer Service 1-800-462-0114
**www.capitalone.com**

| | Aug. 12 - Sep. 11, 2015 | 31 Days in Billing Cycle |

Platinum MasterCard                    Account ending in 3286

| **NEW BALANCE** | **MINIMUM PAYMENT** | **DUE DATE** |
|---|---|---|
| $7,127.20 | $1,433.00 | Oct 08, 2015 |

PLEASE PAY AT LEAST THIS AMOUNT

| Credit Limit: | $6,500.00 | Available Credit: | $0.00 |
|---|---|---|---|
| Cash Advance Credit Limit: | $6,500.00 | Available Credit for Cash Advances: | $0.00 |

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| Payment Amount Each Period If No Additional Charges Are Made | Approximate Time to Pay Off Statement Balance | Estimated Total Cost |
|---|---|---|
| Minimum Payment | 21 Years | $17,437 |

If you would like information about credit counseling services, call 1-888-326-8055.

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $35.00.

| Previous Balance | | Payments and Credits | | Fees and Interest Charged | | Transactions | | New Balance |
|---|---|---|---|---|---|---|---|---|
| $6,992.00 | − | $0.00 | + | $135.20 | + | $0.00 | = | $7,127.20 |

For questions about this account, please give us a call at 1-800-955-6600. We'll be glad to help you Monday through Friday from 8 a.m. to 11 p.m. ET, and Saturday and Sunday from 8 a.m. to 5 p.m. ET.

**TRANSACTIONS**

PAYMENTS, CREDITS & ADJUSTMENTS FOR BENITO ROJAS SR #3286

TRANSACTIONS FOR BENITO ROJAS SR #3286

---

**FEES**

| | Total Fees This Period | $0.00 |
|---|---|---|

**INTEREST CHARGED**

| INTEREST CHARGE:PURCHASES | $129.42 |
|---|---|
| INTEREST CHARGE:CASH ADVANCES | $5.78 |
| Total Interest This Period | $135.20 |

Transactions continue on page 2

## Your account is RESTRICTED

Please give us a call to discuss your account status and payment options.

# 1-800-955-6600

300056-C

**INTEREST CHARGE CALCULATION**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 22.90% D | $6,654.26 | $129.42 |
| Cash Advances | 16.90% | $402.95 | $5.78 |

P,L,D,F = Variable Rate. See enclosed disclosure insert for details

---

## ¿Cambio de Dirección?

Dirección  ....................................................

....................................................

Teléfono

del domicilio  ....................................................

Otro Teléfono  ....................................................

Dirección de

correo electrónico  ....................................................

Escriba en letra de imprenta los cambios de dirección o teléfono arriba utilizando tinta azul o negro.

## ¿Aún no está listo para efectuar sus pagos por la Internet?

No No hay ningún problema. Siga los siguientes pasos sencillos para asegurarse de que procesamos su pagos sin contratiempos:

• Haga sus cheques a nombre de Capital One Bank (USA), N.A. y envíelos por correo postal con este cupón de pago.

• No utilice grapas ni sujetapapeles oara adjuntar su cheque al cupón de pago.

• No incluya ninguna correspondencia adicional.

• Por último pero no menos importante, asegúrese de escribir los cuatro últimos números de cuenta en su cheque.



Página 2 de 4
Servicio al Cliente   1-800-462-0114
www.capitalone.com

Ago. 12 - Sep. 11, 2015   31 Días en el Ciclo de Facturación

| Platinum MasterCard | | Cuenta terminada en 3286 |
| --- | --- | --- |
| SALDO NUEVO | PAGO MÍNIMO | FECHA DE VENCIMIENTO |
| $7,127.20 | $1,433.00 | Oct 08, 2015 |

| | |
| --- | --- |
| Límite de Crédito: | $0.00 |
| Crédito Disponible: | $0.00 |
| Límite de Crédito para Adelantos de Efectivo: | $0.00 |
| Crédito Disponible para Adelantos de Efectivo: | $0.00 |

| Saldo Anterior | | Pagos y Créditos | | Intereses y Cargos Aplicados | | Transacciones | | Saldo Nuevo |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $6,992.00 | − | $0.00 | + | $135.20 | + | $0.00 | = | $7,127.20 |

## TRANSACCIONES  (CONTINUACIÓN)

**TOTALES AÑO A LA FECHA**

| | |
| --- | --- |
| Total en Cargos/Cuotas Este Año | $115.00 |
| Total de Intereses Este Año | $1,115.70 |

Su pago mínimo no se recibió a tiempo para evitar un cargo por atraso en el pago.
Como gesto de cortesía, este mes no le hemos cobrado el cargo por atraso en el pago.
Tenga presente que en los meses futuros le podríamos aplicar un cargo por atraso en el
pago si no recibimos al menos el pago mínimo para la fecha de vencimiento.

*Exhibit CSB*

Page 2 of 4
Customer Service 1-800-462-0114
www.capitalone.com

Aug. 12 - Sep. 11, 2015    31 Days in Billing Cycle

Platinum MasterCard                                    Account ending in 3286

| NEW BALANCE | MINIMUM PAYMENT | DUE DATE |
|---|---|---|
| $7,127.20 | $1,433.00 | Oct 08, 2015 |

| Credit Limit: | $6,500.00 |
|---|---|
| Available Credit: | $0.00 |
| Cash Advance Credit Limit: | $6,500.00 |
| Available Credit for Cash Advances: | $0.00 |

| Previous Balance | | Payments and Credits | | Fees and Interest Charged | | Transactions | | New Balance |
|---|---|---|---|---|---|---|---|---|
| $6,992.00 | − | $0.00 | + | $135.20 | + | $0.00 | = | $7,127.20 |

## TRANSACTIONS CONTINUED

**TOTALS YEAR TO DATE**

| | |
|---|---|
| Total Fees This Year | $115.00 |
| Total Interest This Year | $1,115.70 |

Your minimum payment was not received in time to avoid a late fee. As a courtesy, we didn't charge you a late fee this month. Please note that we may charge a late fee in future months if we don't receive at least your minimum payment by your due date.



Harvey Moore, Esq. ●
Ray Mahdavi, Esq. ●
Angela Dawson, Esq. ●
Francella Wright, Esq. *
Nicole Rice, Esq. ≠
Bryant Burnstad, Esq. ●
Karel Raba, Esq. ●*
Amara Hayden, Esq. ●
Matthew Garvey, Esq. ●

●licensed in California
≠licensed in Colorado
-*licensed in New Mexico



**Toll Free 1-800-506-2652**
**Mailing Address:**
**PO Box 25145**
**Santa Ana, CA 92799-5145**

California Office:
3710 S. Susan St., Ste 210
Santa Ana, CA 92704
Phone 714-431-2000
Fax 714-754-9568

Colorado Office:
1901 W. Littleton Blvd., Ste 214
Littleton, CO 80120
Phone 303-586-6561
Fax 720-278-7794

New Mexico Office:
PO Box 3767
Albuquerque, NM 87190-3767
Phone 505-903-5820
Fax 505-903-5833

**Sírvase encontrar la traducción de esta carta al español al reverse.**

July 6, 2016

Benito Rojas
2876 W Avenue 33
Los Angeles CA 90065-2120

Re:  Obligation owing to Capital One Bank (USA), N.A.
   Account number XXXXXXXXXXXX3286
   Balance Owing $7,260.54

  This is to notify you that Capital One Bank (USA), N.A. has retained this firm to collect its claim against you for the balance owing on your account. Before we take any further action, we want to provide you with an opportunity to resolve the account.

  Unless you notify us of a dispute regarding the validity of the debt, or any portion thereof, within 30 days after receiving this letter, we will assume that the debt is valid. If you notify us in writing within 30 days from receiving this letter that the debt or any portion thereof is disputed, we will obtain verification of the debt or a copy of a judgment against you, if any, and will mail to you a copy of such verification or judgment. We will also, upon your request in writing within the 30 day period, mail to you the name and address of the original credit grantor, if different than the current creditor.

  The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

  If you wish to discuss your account, please feel free to contact us at (800) 506-2652.

The Moore Law Group,

Amara Hayden, Esq.

**This communication is from a debt collector in an attempt to collect a debt. Any information obtained will be used for that purpose.**
788818768

55.