**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENITO ROJAS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAPITALONE BANK (USA), N.A.; CAPITAL ONE; THE MOORE LAW GROUP; HARVEY M. MOORE ESQ # 101128; MATTHEW GARVEYY SBN # 306960; KAREL RABA SBN # 293570; AMARA HAYDEN SBN # 304452; KELSEY KRUGER,<br><br>　　　　Defendants. | Case No. 2:16-CV-09045-AB-SS<br><br>*Assigned to Hon. André Birotte Jr.*<br><br>**JUDGMENT DISMISSING DEFENDANTS CAPITAL ONE BANK (USA), N.A. AND CAPITAL ONE, N.A.**<br><br>Complaint Filed:　Dec. 6, 2016 |

1

JUDGMENT DISMISSING CAPITAL ONE DEFENDANTS

On July 5, 2017, defendants Capital One Bank (USA), N.A. and Capital One, N.A. (collectively, "Capital One") filed a Motion to Dismiss Plaintiff Benito Rojas's First Amended Complaint in the above-referenced matter. On August 14, 2017, the Court entered an Order <u>granting</u> Capital One's Motion to Dismiss without leave to amend. Dkt. No. 47. In light of the foregoing:

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that:

1. Plaintiff Benito Rojas' claims against defendants Capital One Bank (USA), N.A. and Capital One, N.A. are dismissed with prejudice.
2. Judgment is entered in favor of defendants Capital One Bank (USA), N.A. and Capital One, N.A.

DATED: October 18, 2017

_____
Hon. André Birotte Jr.
United States District Judge